IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY J. CHOICE, et al.,

    Plaintiffs,

vs.                                          Case No. 4:13cv34-RH/CAS

JEB BUSH, and
GEORGE W. BUSH, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On January 29, 2013, Plaintiff submitted a complaint, doc. 1, and a motion for leave to proceed in forma pauperis, doc. 2. The in forma pauperis motion is incomplete as Plaintiff has not answered all questions on the financial affidavit. Doc. 2. However, there is no need to delay ruling on an in forma pauperis motion for a complaint that so clearly lacks merit. Thus, it is recommended that the in forma pauperis motion, doc. 2, be granted for the limited purpose of dismissal.

Plaintiff's complaint purports to bring this action in his name and on behalf of the Prime Minister of Israel, Benjamin Netanyahu, doc. 1 at 1, and the President of Russia, Vladimir Putin. Plaintiff is apparently not an attorney and may not bring a case on behalf of other persons. Moreover, the factual allegations are unintelligible,

nonsensical, and lack a basis in reality.  Plaintiff alleges no facts which demonstrate the violation of a federal Constitutional right, nor does Plaintiff allege that he has been harmed in any way.  The complaint should be dismissed for failure to state a claim upon which relief may be granted.

Federal law provides that a United States District Court may dismiss a case filed in forma pauperis, if the action is frivolous or malicious.  28 U.S.C. § 1915(e).  Among the cases which may be dismissed sua sponte pursuant to § 1915 are those "based on an indisputably meritless legal theory," and "those claims whose factual contentions are clearly baseless."  Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  In the case at issue, it is clear that the allegations fall within the parameters of Neitzke and summary dismissal of this case is therefore appropriate.  See Phillips v. Mashburn, 746 F.2d 782, 784 (11th Cir. 1984).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's in forma pauperis motion, doc. 2, be **GRANTED** for the limited purpose of dismissal, and Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on February 14, 2013.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**