**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY J. CHOICE et al.,

    Plaintiffs,

v.                                      CASE NO. 4:13cv34-RH/CAS

JEB BUSH, and GEORGE W.
BUSH et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff Henry J. Choice's motion for leave to proceed in forma pauperis is GRANTED for the limited purpose of dismissal. The clerk must enter

judgment stating, "This case is DISMISSED with prejudice." The clerk must close the file.

    SO ORDERED on April 3, 2013.

                                      <u>s/Robert L. Hinkle</u>
                                      United States District Judge